# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BORDEN, GRAY M. | UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF ALABAMA | 09/01/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE (FULL-TIME) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

ONE CHURCH STREET
MONTGOMERY, AL 36104

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | FAMILY IRREVOCABLE TRUST #1 |
| 2. | FOUNDING MEMBER | GUMPTION FUND |
| 3. | BOARD MEMBER | FAMILY GUIDANCE CENTER OF ALABAMA |
| 4. | JUNIOR EXECUTIVE BOARD | MONTGOMERY MUSEUM OF FINE ARTS |
| 5. | BOARD MEMBER | ALABAMA APPLESEED CENTER FOR LAW & JUSTICE |
| 6. | MEMBER OF FRIENDS OF PLAYHOUSE (FUNDRAISING COMMITTEE) | CLOVERDALE PLAYHOUSE |
| 7. | OWNER | FLETA, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 09/01/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | MONTHLY | PARTNERSHIP DRAW FROM BALCH & BINGHAM, LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SERVIS1ST BANK | UNSECURED LINE OF CREDIT | K |
| 2. | | TUITION AGREEMENT | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 09/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. DISH Common | | None | | | Sold | 12/01/15 | J | A | |
| 3. SPLV Common | A | Dividend | J | T | | | | | |
| 4. GRMN Common | A | Dividend | | | Sold | 03/26/15 | J | A | |
| 5. XLY Common | | None | | | Sold | 03/18/15 | J | A | |
| 6. SPHD Common | A | Dividend | J | T | | | | | |
| 7. TSLA Common | | None | J | T | Sold (part) | 08/06/15 | J | A | |
| 8. AWK Common | A | Dividend | J | T | | | | | |
| 9. MDXG Common | | None | | | Sold | 06/02/15 | J | A | |
| 10. KO Common | A | Dividend | J | T | | | | | |
| 11. SO Common | A | Dividend | J | T | | | | | |
| 12. CX Common | | None | J | T | Sold (part) | 12/30/15 | J | A | |
| 13. TIF Common | A | Dividend | J | T | | | | | |
| 14. PYPL Common | | None | J | T | | | | | |
| 15. NXPI Common | | None | J | T | | | | | |
| 16. GE Common | A | Dividend | J | T | | | | | |
| 17. DIS Common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 09/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Charles Schwab Deposit Accounts | A | Interest | J | T | | | | | |
| 19. Charles Schwab Cash | | None | J | T | | | | | |
| 20. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 21. VNSYX | A | Dividend | J | T | | | | | |
| 22. WITIX | A | Dividend | J | T | | | | | |
| 23. SPY | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 24. AFNIX | A | Dividend | J | T | | | | | |
| 25. TRBCX | A | Distribution | J | T | Buy | 11/24/15 | J | | |
| 26. HHDFX | A | Dividend | | | Sold | 11/24/15 | J | A | |
| 27. NCAVX (X,Y) | | None | | | Sold | 02/02/15 | J | A | |
| 28. UBS BANK USA DEP ACCT | | None | J | T | | | | | |
| 29. IRA #1 (H) | | | | | | | | | |
| 30. MYL Common | | None | J | T | | | | | |
| 31. IWF Common | A | Dividend | J | T | | | | | |
| 32. AMP Common | A | Dividend | J | T | | | | | |
| 33. TMO Common | A | Dividend | J | T | | | | | |
| 34. HLT Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 09/01/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ROK Common | A | Dividend | J | T | | | | | |
| 36. EFA Common | A | Dividend | J | T | | | | | |
| 37. IEMG | A | Dividend | J | T | | | | | |
| 38. BUFOX | | None | J | T | | | | | |
| 39. YUM Common | A | Dividend | J | T | | | | | |
| 40. SBUX Common | A | Dividend | J | T | | | | | |
| 41. UTX Common | A | Dividend | J | T | | | | | |
| 42. VFC Common | A | Dividend | J | T | | | | | |
| 43. COL Common | A | Dividend | J | T | | | | | |
| 44. TJX Common | A | Dividend | J | T | | | | | |
| 45. SLB Common | A | Dividend | J | T | | | | | |
| 46. ICE Common | A | Dividend | J | T | | | | | |
| 47. ITW Common | A | Dividend | J | T | | | | | |
| 48. ITC Common | A | Dividend | | | Sold | 06/18/15 | J | A | |
| 49. MDT Common | A | Dividend | J | T | | | | | |
| 50. MCK Common | A | Dividend | J | T | | | | | |
| 51. QCOM Common | A | Dividend | | | Sold | 08/10/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 09/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MHK Common | | None | | | Sold | 04/23/15 | J | A | |
| 53. ORLY Common | | None | J | T | | | | | |
| 54. HD Common | A | Dividend | J | T | | | | | |
| 55. GOOGL Common | | None | J | T | | | | | |
| 56. HAL Common | | None | | | Sold | 01/29/15 | J | A | |
| 57. EMR Common | | None | | | Sold | 01/29/15 | J | A | |
| 58. ECL Common | A | Dividend | J | T | | | | | |
| 59. ESRX Common | | None | | | Sold | 03/05/15 | J | A | |
| 60. EBAY Common | | None | | | Sold | 07/17/15 | J | A | |
| 61. CMCSA Common | A | Dividend | J | T | | | | | |
| 62. AXP Common | A | Dividend | | | Sold | 02/13/15 | J | A | |
| 63. AGN Common | | None | J | T | | | | | |
| 64. AAPL Common (X) | A | Dividend | J | T | | | | | |
| 65. BA Common (X) | A | Dividend | J | T | | | | | |
| 66. CC (X) | A | Dividend | J | T | | | | | |
| 67. KO Common (X) | A | Dividend | J | T | | | | | |
| 68. CTSH Common (X,Y) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 09/01/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CL Common (X) | A | Dividend | J | T | | | | | |
| 70. CVS Common (X) | A | Dividend | J | T | | | | | |
| 71. DHR Common (X) | A | Dividend | J | T | | | | | |
| 72. DD Common (X) | A | Dividend | J | T | | | | | |
| 73. PRXL Common (X) | | None | J | T | Buy | 08/20/15 | J | | |
| 74. ICLR Common (X,Y) | | None | | | Sold | 08/20/15 | J | A | |
| 75. UBS Bank USA Dep Account | | None | J | T | | | | | |
| 76. 401(k) #1 (H) | | | | | | | | | |
| 77. PIMCO | A | Dividend | | | Sold | 01/05/15 | K | A | |
| 78. AAGPX | C | Dividend | K | T | | | | | |
| 79. NINDX | A | Dividend | L | T | | | | | |
| 80. FCNTX | B | Dividend | L | T | | | | | |
| 81. MLRRX | D | Dividend | L | T | | | | | |
| 82. ARTQX | | None | | | Sold | 07/24/15 | J | A | |
| 83. RPMGX | A | Dividend | J | T | | | | | |
| 84. AVFIX | A | Dividend | J | T | | | | | |
| 85. HIINX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 09/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AEPGX | A | Dividend | K | T | | | | | |
| 87. FSTEX | A | Dividend | J | T | Sold (part) | 01/26/15 | J | A | |
| 88. SHSAX | B | Dividend | K | T | | | | | |
| 89. TRRHX | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 90. OAKBX | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 91. TRRIX | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 92. TRRFX | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 93. TRRAX | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 94. TRRGX | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 95. TRRBX | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 96. TRRHX | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 97. TRRCX | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 98. TRRJX | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 99. TRRDX | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 100. TRRKX | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 101. TRRMX | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 102. TRRNX | A | Dividend | | | Sold | 12/29/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 09/01/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  MBFAX | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 104.  MVCKX | A | Dividend | J | T | | | | | |
| 105.  Servis1st Bank Accounts | A | Interest | K | T | | | | | |
| 106.  KO Common (X,Y) | A | Dividend | J | T | | | | | |
| 107. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 09/01/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Family Irrevocable Trust #1, as disclosed in Part 1, is omitted from Part VII because it has minimal assets held in trust and no reportable individual assets subject to disclosure.

2. As noted in the Committee's letter of August 4, 2016, eight assets were listed in my initial amended report that do not appear in the current report. All of these assets were sold in 2014 or 2015 but these dispositions were inadvertently omitted from the initial amended report or 2015 report. Pursuant to advice from Committee Counel's office, I am providing the following information on these transactions below:

Asset  Disposition Date Value Code Gain Code
NCVLX  Sold 02/02/15 J A
CCCNX  Sold 06/20/14 J A
MLAIX  Sold 06/18/14 J A
CIVIX  Sold 06/18/14 J A
JVLIX  Sold 06/18/14 J A
PLDPX  Sold 06/11/14 J A
GJRTX  Sold 06/11/14 J A
BEN Common  Sold 08/19/14 J A

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ GRAY M. BORDEN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544